ACCEPTED
No. 01-14-00982-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/10/2015 1:16:05 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00982-CR

In the

## Court of Appeals

For the

## First District of Texas

At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/10/2015 1:16:05 PM

CHRISTOPHER A. PRINE
Clerk

_____

**Trial Court Cause No. 13378054**
In the 338th District Court
of Harris County, Texas

_____

## JUAN CARLOS BARRERA-MAGANA,

*Appellant*

v.

## THE STATE OF TEXAS,

*Appellee*

_____

## MOTION FOR EXTENSION OF TIME TO FILE

_____

**VIVIAN R. KING**
**State Bar No. 00784399**
**2202 Alabama St.**
**Houston, Texas    77004**
**(713) 222-2019** Office
**(877) 753-6706** eFax
**Appointed Attorney for Appellant**

**TO THE HONORABLE COURT OF APPEALS:**

**NOW COMES** JUAN CARLOS BARRERA-MAGNA, the Appellant herein, and moves the Court for an extension of time to file Appellant's Brief in this cause, pursuant to **TEX. R. APP. PROC. Rules 10.5 (b)(2) and 38.6(n)**, and in support thereof would show the Court as follows:

I.

The Appellant in this cause was convicted by a jury of Murder in the 338th District Court of Harris County, Texas in cause number 1338054 and his sentence was assessed at Life in Prison in the Texas Department of Corrections, Institutional Division. Notice of Appeal was properly filed on December 04, 2014.

II.

The Clerk's record was properly filed on January 28, 2015.

The Reporter's record was filed on February 28, 2015.

Appellant's brief was due on April 01, 2015.

This is a voluminous record. The case is complicated.

III.

No previous extensions have been filed.

Appellant's attorney is requesting a 60-day extension of time to file Appellant's Brief to June 01, 2015.

IV.

Appellant's attorney is requesting this extension of time to file Appellant's Brief due to multiple trial settings that are demanding an enormous amount of preparation time.

This motion is not made for delay, but instead, to ensure effective assistance of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court grant this extension to June 01, 2015.

**RESPECTFULLY SUBMITTED,**
/s/ *Vivian R. King*
**VIVIAN R. KING**
Texas Bar No.  00784399
2202 Alabama St.
Houston, Texas   77004
(713) 222-2019  office
(877) 753-6706  e Fax
VivianRKing@msn.com Email

## CERTIFICATE OF SERVICE

As Attorney of Record for Appellant, I do hereby certify that a true and correct copy of the above and foregoing document was emailed to Appellate Division and efiled with the office of the Honorable Devon Anderson, Harris County District Attorney, on April 10, 2015.

/s/ *Vivian R. King*
